David M. Kohane – 03287-1989
**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
Attorneys for Defendant LNT Acquisition, LLC d/b/a
Linens 'n Things

| | |
|---|---|
| Dawn Wolf and Jacob J. Hutman, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>LNT Acquisition, LLC d/b/a Linens 'n Things,<br><br>                    Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CIVIL ACTION NO. 2:14-cv-00407 (FSH)(JBC)<br><br>Civil Action<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:     **Aryeh L. Pomerantz, Esq.**
           Pomerantz & Pomerantz, PLLC
           3 Whisper Lange
           Suffern, NY 10901

           **James C. Shah, Esq.**
           Shepherd, Finkelman, Miller & Shah, LLP
           35 E. State Street
           Media, PA 19063

           **Mark Schlachet, Esq.**
           3515 Severn Road
           Cleveland, Ohio 44118

           *Attorneys for Plaintiffs,* Jacob J. Hutman, Individually and On
           Behalf of All Others Similarly Situated

PLEASE TAKE NOTICE that on June 16, 2014, at 10 a.m., or as soon thereafter as counsel may be heard, the undersigned, Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Defendant LNT Acquisition, LLC d/b/a Linens 'n Things ("LNT") shall move before the Honorable Faith S. Hochberg, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Room 5054, Newark, New Jersey 07102, for the entry of an order dismissing the Class Action Complaint filed by Plaintiffs Jacob J. Hutman, Individually and On Behalf of All Others Similarly Situated or in the alternative to dismiss the First Count of the Class Action Complaint and Transfer Venue to the Southern District of California (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely upon the accompanying Certification of Gavin Mandelbaum, Certification of Nicole G. McDonough, Esq. and brief.  A proposed order granting the requested relief also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that LNT hereby requests oral argument on the return date of the Motion if opposition is timely filed.

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
> Attorneys for Defendant LNT Acquisition, LLC
> d/b/a Linens 'n Things
>
> By:     /s/ David M. Kohane
>            David M. Kohane

DATED:  May 16, 2014