James C. Shah
Shepherd, Finkelman, Miller & Shah, LLP
475 White Horse Pike
Collingswood, NJ 08107
Tel. (856) 858-1770
Fax (860) 300-7367
jshah@sfmslaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Dawn Wolf and Jacob J. Hutman, Individually and On Behalf of All Others Similarly Situated,<br><br>                           Plaintiffs,<br>        vs.<br><br>LNT Acquisition, LLC d/b/a Linens 'n Things,<br><br>                           Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)**<br><br>No. 2:14-cv-00407-FSH-JVBC |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, Plaintiffs, Dawn Wolf and Jacob J. Hutman, voluntarily dismiss this action without prejudice.


Dated:  June 30, 2014

                              SHEPHERD, FINKELMAN, MILLER
                              & SHAH, LLP

                              s/ James C. Shah                         
                              James C. Shah, Esq.
                              475 White Horse Pike
                              Collingswood, NJ 08107-1909
                              Telephone:  (856) 858-1770
                              jshah@sfmslaw.com

                              Attorneys for Plaintiffs