CLOSED

James C. Shah
Shepherd, Finkelman, Miller & Shah, LLP
475 White Horse Pike
Collingswood, NJ 08107
Tel. (856) 858-1770
Fax (860) 300-7367
jshah@sfmslaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Dawn Wolf and Jacob J. Hutman, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LNT Acquisition, LLC d/b/a Linens 'n Things, <br><br> Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)** <br><br> No. 2:14-cv-00407-FSH-JVBC |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, Plaintiffs, Dawn Wolf and Jacob J. Hutman, voluntarily dismiss this action without prejudice.

Dated:  June 30, 2014

*6/30/14*
*SO ORDERED*

*Hon. Faith S. Hochberg U.S.D.S.*

SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP

s/ James C. Shah
James C. Shah, Esq.
475 White Horse Pike
Collingswood, NJ 08107-1909
Telephone:  (856) 858-1770
jshah@sfmslaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

On this date, I caused a copy of the foregoing to be served via the Court's CM/ECF

system upon:

> COLE, SCHOTZ, MEISEL, FORMAN
> & LEONARD, P.A.
> David M. Kohane
> Nicole G. McDonough
> Court Plaza North
> 25 Main Street
> Hackensack, NJ  07602
> DKohane@coleschotz.com
> NMcDonough@coleschotz.com

> s/ James C. Shah
> James C. Shah

Dated:  June 30, 2014